IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 5 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. ____ 0⌐ - CV - 0 2 0 8 6 BnB

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

STEVEN LEE SWALLOW,

      Plaintiff,

v.

P. BAKER,
G.L. CLARK,
R. DEER,
MICHAEL K. NALLEY,
T. QUINTANA,
RICHARD SCHOTT,
HARREL WATTS, and
J.C. ZUERCHER,

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff has submitted a Complaint.  He has failed either to pay the $350.00 filing

fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the

court has determined that the submitted document is deficient as described in this

order.  Notwithstanding the deficiencies, the clerk of the court will be directed to

commence a civil action.  Plaintiff will be directed to cure the following if he wishes to

pursue his claims.  Any papers which the Plaintiff files in response to this order must

include the civil action number on this order.

Dockets.Justia.com

**28 U.S.C. § 1915 Motion and Affidavit:**

(1) __X__ is not submitted
(2) ____ is missing affidavit
(3) ____ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ____ is missing required financial information
(5) ____ is missing an original signature by the prisoner
(6) ____ is not on proper form (must use the court's current form)
(7) ____ names in caption do not match names in caption of complaint, petition or habeas application
(8) ____ An original and a copy have not been received by the court. Only an original has been received.
(9) __X__ other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**

(10) ____ is not submitted
(11) __X__ is not on proper form (must use the court's current form)
(12) ____ is missing an original signature by the prisoner
(13) ____ is missing page nos. ___
(14) ____ uses et al. instead of listing all parties in caption
(15) ____ An original and a copy have not been received by the court. Only an original has been received.
(16) ____ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ____ names in caption do not match names in text
(18) ____ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, Prisoner Complaint.

It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this $3^{d}$ day of _October_____, 2007.

BY THE COURT:

_Boyd N. Boland_____

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.    07 - CV - 02086

Steven L. Swallow
Reg. No. 05525-091
FCI - Florence
PO Box 6000
Florence, CO 81226

     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on _10/5/07_

GREGORY C. LANGHAM, CLERK

By _____
              Deputy Clerk