IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02086-EWN-BNB

STEVEN LEE SWALLOW,

      Plaintiff,

v.

P. BAKER,
G.L. CLARK,
R. DERR,
MICHAEL K. NALLEY,
T. QUINTANA,
RICHARD SCHOTT,
HARRELL WATTS, and
J.C. ZUERCHER,

      Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 26 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: October 25, 2007

BY THE COURT:

s/ Edward W. Nottingham
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02086-EWN-BNB

Steven Lee Swallow
Reg. No. 05525-091
FCI - Florence
PO Box 6000
Florence, CO 81226

P. Baker, G.L. Clark,
R. Derr, T. Quintana,
and J.C. Zuercher - **WAIVER***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

Harell Watts, General Counsel – **CERTIFIED**
Office of General Counsel
Central Office
320 1st Street NW
Washington, DC 20534

Richard Schott, Regional Counsel - **CERTIFIED**
North Central Regional Office
Gateway Complex, Tower II
400 State Avenue, 8th Floor
Kansas City, KS 66101-2492

Director Michael Nalley - **CERTIFIED**
North Central Regional Office
Gateway Complex, Tower II
400 State Avenue, 8th Floor
Kansas City, KS 66101-2492

United States Attorney General **- CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

      I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Synsvoll for service of process on P. Baker, G.L. Clark, R. Derr, T. Quintana, and J.C. Zuercher ; to The United States Attorney General; to Harrell Watts; to Michael K. Nalley; to Richard Schott; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 10/16/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/26/07.

                                            GREGORY C. LANGHAM, CLERK

                                            By_____
                                                          Deputy Clerk