IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02086-EWN-BNB

STEVEN LEE SWALLOW,

Plaintiff,

v.

P. BAKER,
G.L. CLARK,
R. DERR,
MICHAEL K. NALLEY,
T. QUINTANA,
RICHARD SCHOTT,
HARRELL WATTS,
J.C. ZUERCHER,

Defendants.
_____

**ORDER**
_____

The plaintiff is an inmate at the Federal Correctional Institution in Florence, Colorado ("FCI"). On October 5, 2007, the plaintiff filed a Complaint against FCI prison officials in both their individual and official capacities [Doc. #2]. On October 26, 2007, the District Judge ordered the United States Marshal to serve a copy of the Complaint and Summons on the defendants [Doc. #9]. The Supervisory Attorney for the Federal Bureau of Prisons ("BOP") submitted a letter to the Court dated October 29, 2007, stating that defendant G.L. Clark is no longer employed at FCI or by the BOP [Doc. #10]. The Supervisory Attorney did not provide a forwarding address for Mr. Clark. Accordingly,

IT IS ORDERED that on or before **January 21, 2008**, the BOP shall provide the Court with the forwarding address, if known, of defendant G.L. Clark.

Dated January 3, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge