IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02086-EWN-KMT

STEVEN LEE SWALLOW,

      Plaintiff,

v.

P. BAKER,
G.L. CLARK,
R. DERR,
MICHAEL K. NALLEY,
T. QUINTANA,
RICHARD SCHOTT,
HARRELL WATTS,
J.C. ZUERCHER,

      Defendants.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"Defendants' Motion for Leave to File Reply Supporting Motion to Dismiss" (#62, filed April 14, 2008) is GRANTED. Defendants' reply in support of their motion to dismiss shall be filed no later than April 17, 2008.

Dated: April 14, 2008