IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-02086-CMA-BNB

STEVEN LEE SWALLOW,

    Plaintiff,

v.

P. BAKER,
G.L. CLARK,
R. DERR,
MICHAEL K. NALLEY,
T. QUINTANA,
RICHARD SCHOTT,
HARRELL WATTS,
J.C. ZUERCHER,

    Defendants.
_____

**ORDER ADOPTING AND AFFIRMING DECEMBER 17, 2007 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**
_____

THIS MATTER is before the Court on Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(6) (Doc. #42), filed February 12, 2008, and Defendant Clark's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. #66). The Motions were referred to the Magistrate Judge for a Recommendation by Orders of Reference dated February 12, 2008 and May 12, 2008, respectively. Magistrate Judge Tafoya issued a Recommendation (Doc. # 73) on August 27, 2008, that both Motions to Dismiss be granted in full. The Recommendation is incorporated herein by reference (with the

following minor correction - the Magistrate Judge's citation to 28 U.S.C. § 612, on page 13 of the Recommendation, should be 25 U.S.C. § 612]. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b)).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. Plaintiff filed his objection to the Magistrate Judge's Recommendation. As such, the Court has conducted the requisite *de novo* review of the issues raised by the Motions to Dismiss and the Responses filed thereto by Plaintiff, the recommendation, the Plaintiff's objection thereto, and other filings related thereto. Based on this review, the Court has concluded that the Magistrate Judge's thorough and comprehensive analysis and recommendation with respect to dismissal based on Fed. R. Civ. P. 12(b)(6) is correct. Accordingly,

IT IS ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 73) is ACCEPTED with respect to the analysis based on Fed. R. Civ. P. 12(b)(6). For the reasons cited in the Recommendation, the Defendants' Motions to Dismiss are GRANTED and Plaintiff's claims are hereby DISMISSED WITH PREJUDICE for failure to state claims upon which relief can be granted.

Because this ruling results in the dismissal of the entire case against Defendants, it is unnecessary for the Court to address whether or not Plaintiff's claims against Defendants Nalley, Schott and Watts should be dismissed for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2). It is

FURTHER ORDERED that all other pending motions are DENIED.

DATED November 10, 2008.

BY THE COURT:

_____
Christine M. Arguello
United States District Judge